# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 7, 2005

129497

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE EDMOND POSEY, Minor.

_____

FAMILY INDEPENDENCE AGENCY,
        Petitioner-Appellee,

v

                                              SC: 129497
                                              COA: 260532
                                              Oakland CC
                                              Family Division: 03-677200-NA

ANITA POSEY,
        Respondent-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 23, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 7, 2005 _____

s1003

                                         _____
                                                   Clerk